Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 3**

| | |
|---|---|
| **COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT,**<br><br>                    **Plaintiff,**<br><br>        **v.**<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | **Before: Hon. _____**<br><br>**Court No. 22-00002** |

**TO:**    The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                        /s/ Mario Toscano
                                        Clerk of the Court

1.    Plaintiff, Coalition of American Manufacturers for Mobile Access Equipment, is a coalition of domestic producers of mobile access equipment and is, therefore, an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(E). Plaintiff was the petitioner in the investigation under review. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
      (Name and standing of plaintiff)

2.    Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the investigation of *Certain Mobile Access Equipment and Subassemblies Thereof from the People's Republic of China*, 86 Fed. Reg 70,439 (Dep't Commerce Dec. 10, 2021) (countervailing duty order and amended final affirm. countervailing duty deter.). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i).
      (Brief description of the contested determination)

3.    The U.S. Department of Commerce's final determination was issued on October 12, 2021 and the corresponding countervailing duty order was published on December 10, 2021.
      (Date of determination)

4.   *Certain Mobile Access Equipment and Subassemblies Thereof from the People's Republic of China*, 86 Fed. Reg 70,439 (Dep't Commerce Dec. 10, 2021) (countervailing duty order and amended final affirm. countervailing duty deter.).

(If applicable, date of publication in Federal Register of notice of contested determination)

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Theodore P. Brackemyre, Esq.
Claire M. Webster, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*/s/ Timothy C. Brightbill*
Signature of Plaintiff's Attorney

January 9, 2021
Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044